**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:

ANTHONY ERVIN CALDWELL
KIMBERLY ANN CALDWELL

DEBTOR(S)

CASE NO. 15-21710

CHAPTER 7
Judge Tracey N. Wise

**STATUS REPORT OF TRUSTEE**

COMES NOW, Michael L. Baker, Trustee in Bankruptcy, and pursuant to the Court's Order requesting a status report [ECF No. 45], reports as follows:

The Trustee is awaiting finalization by certain family members of the Debtor, Kimberly Ann Caldwell, to purchase the interest of the Debtor to property located in Florida. The Trustee has been in regular contact with counsel for those family members. Trustee is aware that counsel is holding a significant sum of funds in escrow pending finalization of either a refinancing or a deposit of the balance of a tentatively agreed amount. The tentative amount is subject to appropriate notice and order of the Court. However, the Trustee is not yet prepared to file said Motion until he is assured of the balance of the funds.

The Trustee is hopeful that the Motion can be filed within the next 60 days.

Respectfully submitted,

/s/Michael L. Baker
Michael L. Baker (KY 02708)
ZIEGLER & SCHNEIDER, P.S.C.
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, KY 41017-5710
(859) 426-1300
Facsimile: (859) 426-0222
mbaker@zslaw.com
*Trustee in Bankruptcy*

CERTIFICATION OF SERVICE

       The undersigned hereby certifies that on this 1st day of November, 2021, a copy of the foregoing was served either by First Class U.S. mail, postage prepaid, or through electronic service, where possible, upon the following:

United States Trustee
100 East Vine Street
Suite 500
Lexington, KY 40507

Benjamin N. Wolff
Wolff Law Firm, PLLC
28 West Fifth Street
Covington, KY 41011
*Attorney for the Debtors*

                                              /s/Michael L. Baker
                                              Michael L. Baker