# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

IN RE:

ANTHONY ERVIN CALDWELL
KIMBERLY ANN CALDWELL

DEBTOR(S)

CASE NO. 15-21710

CHAPTER 7
Judge Tracey N. Wise

## STATUS REPORT OF TRUSTEE

COMES NOW, Michael L. Baker, Trustee in Bankruptcy, and pursuant to the Court's Order requesting a status report [ECF No. 47], reports as follows:

The Trustee has been in regular contact with counsel for the co-owners of the property located near Ocala, Florida, of which the Estate has a 20 percent (20%) interest. The Trustee has been awaiting finalization by the co-owners of financing to purchase the Estate's interest. The financing has taken longer than the Trustee anticipated. However, the Trustee remains confident that a motion to approve a sale of the Estate's interest to the co-owners will occur within the next 60 days.

Respectfully submitted,

/s/Michael L. Baker
Michael L. Baker (KY 02708)
ZIEGLER & SCHNEIDER, P.S.C.
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, KY 41017-5710
(859) 426-1300
Facsimile: (859) 426-0222
mbaker@zslaw.com
*Trustee in Bankruptcy*

CERTIFICATION OF SERVICE

       The undersigned hereby certifies that on this 10th day of February, 2022, a copy of the foregoing was served either by First Class U.S. mail, postage prepaid, or through electronic service, where possible, upon the following:

United States Trustee
100 East Vine Street
Suite 500
Lexington, KY 40507

Benjamin N. Wolff
Wolff Law Firm, PLLC
28 West Fifth Street
Covington, KY 41011
*Attorney for the Debtors*

                                             /s/Michael L. Baker
                                             Michael L. Baker